

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 3:23CR00055 DPM |
| | ) | |
| v. | ) | 18 U.S.C. §§ 2251(a) and (e) |
| | ) | 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| CHRISTOPHER MICHAEL ALSUP | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 20, 2023, to on or about January 21, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

**COUNT TWO**

On or about January 26, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

**COUNT THREE**

On or about February 9, 2023, to on or about February 10, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by

computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT FOUR

On or about March 8, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT FIVE

On or about April 13, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT SIX

On or about January 13, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT SEVEN

On or about January 19, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT EIGHT

On or about January 26, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT NINE

On or about February 2, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT TEN

On or about February 9, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT ELEVEN

On or about February 16, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT TWELVE

On or about February 23, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT THIRTEEN

On or about March 4, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT FOURTEEN

On or about March 9, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT FIFTEEN

On or about April 2, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT SIXTEEN

On or about April 6, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT SEVENTEEN

On or about April 9, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT EIGHTEEN

On or about April 20, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MICHAEL ALSUP,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## FORFEITURE ALLEGATION ONE

Upon conviction of Counts One through Eighteen of this Indictment, the defendant, CHRISTOPHER MICHAEL ALSUP, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

(END OF TEXT. SIGNATURE PAGE ATTACHED).