IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                           No. 3:23-cr-55-DPM

CHRISTOPHER MICHAEL ALSUP                                   DEFENDANT

### ORDER

The United States moves unopposed to continue the 14 July 2025 trial. The lawyer for the government has a conflict with the trial date. Considering the parties' diligence, the ends of justice are better served by ensuring continuity of counsel. And this interest outweighs both Alsup's interest and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 26*, and reschedules the trial for 8 December 2025 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

The deadlines contained in the General Criminal Scheduling Order, *Doc. 14*, remain in effect.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2025