# RETURN SEARCH WARRANT

STATE OF ARKANSAS

VS: **Christopher Michael Alsup**

COUNTY OF CROSS

I, Detective Captain James Melton, a Criminal Investigator employed by the Cross County Sheriff's Department executed the attached Search Warrant on the 8th day of May 2023 at 3:38 o'clock p.m., and the person(s), premise(s), or vehicle(s) were searched as follows:
(Give description of things searched and describe facts and circumstances of execution)

On May 8, 2023, at approximately 3:38pm, Detective Captain James Melton with the Cross County Sheriff's Department executed the search warrant at 806 Hwy 193 South, AR 72396, the residence of Christopher Michael Alsup and Theresa Leigh Alsup. The purpose of the search warrant was to locate any evidence from the rape and sexual assault of fourteen (14) year old female. Digital images of fourteen (14) year old female. Cell phone(s), laptop(s), home computer(s), recording devices, memory cards, adult toys in the residence.

Upon entry inside the residence, the south outside porch door was locked and entry was made without damage with the key obtained from Christopher Alsup upon his arrest.

Upon entry to the residence, a search was conducted of the entire residence. Several items were collected (listed below). A search was conducted of the large outside shop, items were collected from the shop, east of residence (listed below). A search was conducted on the small shop, southeast of residence, but no evidentiary items were located.

Contact was made at the scene with the homeowner, Theresa Leigh Alsup and the reason for the search warrant was explained to her. Mrs. Alsup was given a copy of the search warrant and a list of items taken from the residence. The house was then left in the custody of Mrs. Alsup.

A search of the 2022 GMC Sierra black pickup truck, AR license plate # DV49710, Vin# 1GT49PEY6NF103328, Registered to Christopher Alsup and Leigh Alsup, was conducted at the Cross County Sheriff's Department.

A copy of the search warrant and a receipt for the items were left:

806 Hwy 193 S., Wynne, AR, 72396 with Mrs. Theresa Alsup.
Inside of 2022 black GMC Sierra pickup.

The following is an inventory of the items seized:

### Christopher Micael Alsup
1. DNA sample via oral swab

### Residence: 806 Hwy 193 S., Wynne, AR 72396

1. Sandisk flash drive – 1st floor southeast closet.
2. ASUS laptop computer – 1st floor southeast closet.
3. Black iPhone – 1st floor northeast bedroom, bottom nightstand drawer.
4. Black Toshiba portable hard drive – 1st floor northeast bedroom, bottom nightstand drawer.
5. CD-RW data CD - 1st floor northeast bedroom, bottom nightstand drawer.
6. CD-RW CD - 1st floor northeast bedroom, bottom nightstand drawer.

7. Green Adult Toy - 1st floor northeast bedroom, middle nightstand drawer.
8. Black Samsung phone – 2nd floor southwest bedroom, top drawer.
9. Black iPad – 2nd floor northwest room, top drawer.
10. Camo backpack – Large shop – behind tool rack.
    a. Inside backpack – multiple nude photographs, Hentai books, condoms
11. Toshiba laptop – Large shop – on workbench
12. Sony 4mb memory card for camera - 1st floor southeast closet, in camera.

Vehicle: Black 2022 GMC Sierra black pickup truck -AR-LPN DV49710 – Vin# 1GT49PEY6NF103328
A. Black/silver iPhone (Christopher Alsup's personal cell phone)
B. AA1 – AA11 – Eleven (11) swabs from truck.

This inventory was made in the presence of:
(Name and address of person(s) present during inventory)

**Detective Captain James Melton - C.C.S.O.**
**Patrol Lieutenant Kendole Boykin – C.C.S.O.**
**Detective Clayton Melton – C.C.S.O**
**Patrol Sergeant Brandon Sutton – C.C.S.O.**
**Patrol Sergeant Kenny Pigue' – C.C.S.O.**
**Sheriff David West – C.C.S.O.**

<u>Theresa Leigh Alsup and Christopher Alsup</u>
(Person receiving inventory list)

I swear that the facts and circumstances stated above are true and correct to the best of my present knowledge and belief, and that the above is a complete and correct inventory of all items seized.

Captain James Melton (Executing Officer)

Subscribed, sworn and returned before me this 11th day of May, 2023 at 4:35 o'clock P M.

Judge

THIS RETURN MUST BE MADE WITHIN FIVE (5) DAYS AFTER EXECUTION OF WARRANT.