## AFFIDAVIT FOR SEARCH WARRANT

STATE OF ARKANSAS

                VS:  **Christopher Michael Alsup**

COUNTY OF CROSS

BEFORE _Christopher W Maledge_, JUDGE OF _Cross County, AR_

The undersigned being duly sworn, deposes and says he, Captain James Melton, Criminal Investigator with the Cross-County Sheriff's Department, with 12 years of law enforcement (has reason to believe) that on the premises known as:

**2022 GMC Sierra black pickup truck**
**AR license plate # DV49710 – Vin# 1GT49PEY6NF103328**
**Registered to Christopher Alsup and Leigh Alsup**

**806 Highway 193 South**
**Wynne, AR 72396**
   Second residence on the East side of Highway 193 South after turning off of US Hwy 284 West heading North. West facing two story residence with a green metal roof, cedar siding with an attached front porch. Asphalt driveway connected to Hwy 193 South east to the south side of the residence. Teal colored front door on the west side of the residence. Detached shed on the East side of the residence, tan colored siding with maroon trim. A second detached shed southeast of the residence, red siding, white door, and green metal roof.

In the County of Cross, State of Arkansas, there is now being concealed certain property, or person(s), namely:

**Evidence from the rape and sexual assault of fourteen (14) year old female. Digital images of fourteen (14) year old female. Cell phone(s), laptop(s), home computer(s), recording devices, memory cards, adult toys.**

And the facts tending to establish the foregoing grounds for issuance of a search warrant are as follows:

   On 5-6-2023, Hazel Lawrence stated that her fourteen (14) year old daughter has been sexually assaulted by father, Christopher Michael Alsup, over the last six (6) or seven (7) years. Mrs. Lawrence stated that she went through her daughter's cell phone and found emails from (mirandagrahamcracker@gmail.com) to and from her daughter that contained photographs of her daughter without clothes on. There were also "meme's" that contained images with sexually explicit content that referenced father and daughter sexual situations.
   On 5-6-2023, I, Detective Captain James Melton spoke with Juvenile Female, Hazel's 14 year old daughter. She stated me that her father, Christopher Michael Alsup, uses that email address to contact her and has her send nude photographs of herself to him. She also

stated that he sends her sexually explicit photographs and "meme's". Upon speaking to Juvenile Female, she also stated that her father, Christopher Michael Alsup, has been sexually assaulting her since she was seven (7) or eight (8) years old. She stated that this has happened in her father's black GMC pickup truck on a regular basis when he picks her up and drops her up for her overnight stays. She stated that her father, Christopher Michael Alsup, regularly watches child pornography on his phone when he sexually assaults her. She stated that it also happens in his house when his wife is not home, in the living room on the couch, in his bedroom on his bed, and other places throughout the house.

    Juvenile female also stated that her father, Christopher Michael Alsup, has video cameras in her room.

If the Warrant cannot be executed between the hours of 6 AM and 8 PM, then the officer should state the facts below, which will support a finding of reasonable cause to believe that:

1. The place to be searched is difficult of speedy access; or

2. The warrant can only be safely or successfully executed at nighttime or under circumstances, the occurrence of which is difficult to predict with accuracy.

_____
Affiant James Melton

**Detective Captain, Criminal Investigator**
Title

Sworn to before me and subscribed in my presence this ____ day of MAY 0 8 2023 _____, 2023.

_____
Judge