# SEARCH WARRANT

STATE OF ARKANSAS

VS: **Christopher Michael Alsup**

COUNTY OF CROSS

TO ANY OFFICER OF THE STATE OF ARKANSAS:

I, _Christopher J Maledy_, Judge of _Cross County_ on this _8th_ day of _May_, 2023, at _10:57_ o: clock _A_ M., at Cross County, Arkansas,

Hereby find that there is reasonable cause to search:

**The residence, curtilage, vehicles, and persons located at the residence, located at 806 Hwy 193 south, Wynne, Arkansas, and leave a copy of this warrant for the owner or occupant if found to be in possession of said evidence and make a return of this warrant within five (5) days thereafter, and to store such property as required by law.**

**Vehicle Specifically:**
   **2022 GMC Sierra black pickup truck**
   **AR license plate # DV49710 – Vin# 1GT49PEY6NF103328**
   **Registered to Christopher Alsup and Leigh Alsup**

Located in the County of Cross, and State of Arkansas, and that my findings of reasonable cause are based on the following: See attached sworn Affidavit and sworn testimony of this Affiant, **Criminal Investigator, Detective Captain James Melton,** in support of this search warrant.

THEREFORE, YOU ARE HEREBY COMMANDED to search forthwith the person(s), premises, and/or vehicle(s) described above for the following:

1. Digital devices, cell phone(s), laptop(s), home computer(s), recording devices, memory cards, digital storage devices, any other digital media.
2. Digital information stored on digital devices.
3. DNA samples of Christopher Michael Alsup
4. Adult toys
5. Or any other evidence of a crime
6. Indicia of ownership

and if said person(s) or thing(s) are found, to seize the person(s) or thing(s), leave a copy of this warrant and a receipt listing the items seized with the person in apparent control of the property, or post it on the premises if no such person is present, and make due to return to me no later than (5) days after execution hereof.

This warrant shall be executed between the hours of 6 a.m. and 8 p.m. The preceding sentence may be disregarded if the Judicial Official issuing this warrant makes a finding that there is a reasonable cause to believe that the following circumstances exist, and checks one or more of the reasons below:

\_\_\_\_   the place to be searched is difficult of speedy access; or

XX   the objects to be seized are in danger of imminent removal; or

\_\_\_\_   the warrant can only be safely or successfully executed at nighttime or under circumstances of which is difficult to predict with accuracy.

If any of the above lines are checked, this warrant may be executed at any time, day or night, based on the following finding:

This warrant must be executed within a reasonable time, not to exceed sixty (60) days.

_____
Judge