**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 3:23-cr-55-DPM**

**CHRISTOPHER MICHAEL ALSUP** **DEFENDANT**

# ORDER

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is extended until 28 November 2026.

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 August 2026