U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ______
DEPUTY CLERK

# VERDICT NO. 1

We, the jury, find Christopher Michael Alsup

___✓___ not guilty ________ guilty

of attempting to produce child pornography, as charged in count one of the Superseding Indictment.

8/28/2026 12:15
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: [signature]
DEPUTY CLERK

# VERDICT NO. 2

We, the jury, find Christopher Michael Alsup

___✓___ not guilty ________ guilty

of attempting to produce child pornography, as charged in count two of the Superseding Indictment.

[redacted]

8/28/2026 12:17pm
Date/Time

# VERDICT NO. 3

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ____________ DEPUTY CLERK

We, the jury, find Christopher Michael Alsup

✓ ________not guilty ________guilty

of attempting to produce child pornography, as charged in count three of the Superseding Indictment.

08/28/26 12:19pm
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: [signature]
DEPUTY CLERK

# VERDICT NO. 4

We, the jury, find Christopher Michael Alsup

✓ not guilty ________ guilty

of producing child pornography, as charged in count four of the Superseding Indictment.

[redacted]

8/28/26 12:41 p.m
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ________
DEPUTY CLERK

# VERDICT NO. 5

We, the jury, find Christopher Michael Alsup

__✓__ not guilty ________ guilty

of distributing child pornography, as charged in count five of the Superseding Indictment.

8/28/2024 12:46
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ________
DEPUTY CLERK

# VERDICT NO. 6

We, the jury, find Christopher Michael Alsup

___✓___not guilty ________guilty

of receipt of child pornography, as charged in count six of the Superseding Indictment.

8/28/26 12:50pm
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ______
DEPUTY CLERK

# VERDICT NO. 7

We, the jury, find Christopher Michael Alsup

✓ not guilty ________ guilty

of receipt of child pornography, as charged in count seven of the Superseding Indictment.

8/28/2026 12:51pm
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ______ DEPUTY CLERK

# VERDICT NO. 8

We, the jury, find Christopher Michael Alsup

__✓__ not guilty ________ guilty

of receipt of child pornography, as charged in count eight of the Superseding Indictment.

8/28/2026 12:52 pm
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ______ DEPUTY CLERK

# VERDICT NO. 9

We, the jury, find Christopher Michael Alsup

✓ not guilty ________ guilty

of receipt of child pornography, as charged in count nine of the Superseding Indictment.

8/28/26 12:55 pm
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ______ DEPUTY CLERK

# VERDICT NO. 10

We, the jury, find Christopher Michael Alsup

✓ not guilty ________ guilty

of receipt of child pornography, as charged in count ten of the Superseding Indictment.

8/28/2026 12:55 p.m.
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ______________
DEPUTY CLERK

# VERDICT NO. 11

We, the jury, find Christopher Michael Alsup

___✓___not guilty ________guilty

of receipt of child pornography, as charged in count eleven of the Superseding Indictment.

8/28/2026 12:56pm
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ____________ DEPUTY CLERK

# VERDICT NO. 12

We, the jury, find Christopher Michael Alsup

___✓___not guilty ________guilty

of receipt of child pornography, as charged in count twelve of the Superseding Indictment.

8/28/2026 12:56pm
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: DEPUTY CLERK

**VERDICT NO. 13**

We, the jury, find Christopher Michael Alsup

___✓___not guilty ________guilty

of receipt of child pornography, as charged in count thirteen of the Superseding Indictment.

________ 8/28/2026 12:59pm
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: DEPUTY CLERK

**VERDICT NO. 14**

We, the jury, find Christopher Michael Alsup

___✓___not guilty ________guilty

of receipt of child pornography, as charged in count fourteen of the Superseding Indictment.

______________ 8/28/2026 12:58 p.m.
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ____________
DEPUTY CLERK

# VERDICT NO. 15

We, the jury, find Christopher Michael Alsup

___✓___not guilty ________guilty

of receipt of child pornography, as charged in count fifteen of the Superseding Indictment.

8/28/2026 1:00 p.m.
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: DEPUTY CLERK

# VERDICT NO. 16

We, the jury, find Christopher Michael Alsup

__✓__ not guilty ________ guilty

of receipt of child pornography, as charged in count sixteen of the Superseding Indictment.

________________ 8/28/2026 1:02 p.m

Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ________ DEPUTY CLERK

## VERDICT NO. 17

We, the jury, find Christopher Michael Alsup

__✓__ not guilty ________ guilty

of receipt of child pornography, as charged in count seventeen of the Superseding Indictment.

8/28/2026 1:01 p.m.
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: [signature]
DEPUTY CLERK

# VERDICT NO. 18

We, the jury, find Christopher Michael Alsup

___✓___not guilty ________guilty

of receipt of child pornography, as charged in count eighteen of the Superseding Indictment.

________________ 8/28/2026 1:05 p.m.
Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 28 2026
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: ________
DEPUTY CLERK

# VERDICT NO. 19

We, the jury, find Christopher Michael Alsup

___✓___ not guilty ________ guilty

of possession of child pornography, as charged in count nineteen of the Superseding Indictment.

8/28/2026 1:26 p.m
Date/Time