IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. No. 3:23-cr-55-DPM

CHRISTOPHER MICHAEL ALSUP DEFENDANT

# JUDGMENT

At trial, the jury found Alsup not guilty as to all counts of the Superseding Indictment. He is acquitted and discharged. The Indictment and the Superseding Indictment are dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

2 September 2026